**Exhibit A to the Complaint**

**Location:** Littleton, CO  
**Total Works Infringed:** 107

**IP Address:** 174.63.9.50  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 670287903AD427D0509AA81E26EA3DEDF2ECAA7C<br>File Hash:<br>8E5253B49A9411CC17B6941BDAA92FB19F9265D7C4E8984A3EAA940DF4B1D956 | 02-15-2023 17:05:04 | Vixen | 04-24-2019 | 06-03-2019 | PA0002178769 |
| 2 | Info Hash: D6E0A40D7E916C17226EFE6BB7290F89845DA1AD<br>File Hash:<br>2D65FAB3ECF540837E4442CCF67DBD19262CBC25898523B6ABC46F2B681AA87F | 02-15-2023 16:51:41 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 3 | Info Hash: CBB8EFA690BAF1D17507540D286327403A2431BA<br>File Hash:<br>1BDD3F34007D48ADBD65B0379BD4125B1E87E95FCA65A6185CB5B0C765E4740C | 02-15-2023 15:32:21 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 4 | Info Hash: FE86C7FFB04271756959F2AAF83A694F6C952C33<br>File Hash:<br>D8F7AFAF9937B2E604E1A3C17B527912204906EA91451998D36250730E5B06BF | 02-15-2023 15:32:00 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 5 | Info Hash: 2362121C828A6C1A2C07C982C8E6131D380878C6<br>File Hash:<br>462F1D4473F39DE9A698228C8C0F9263E7173DF9782E435BD0B7A8C78A03E9A7 | 02-09-2023 20:52:38 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 6 | Info Hash: 34F1BD82F61B7AECAE65BF2B8BB5E672153A337B<br>File Hash:<br>BC9AB74CD3A013607619CAA80E09F47939A9064E7343B80E6B32CCE0D9D3B328 | 02-09-2023 20:48:20 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 7 | Info Hash: 14B4474AA97BEC828EFF43949CBB73AB72FC78C8<br>File Hash:<br>FE1CB53D73B5F940FAADEC1F4D544F53F06AC236E71736855C773A85F62E1339 | 02-09-2023 20:47:01 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 8 | Info Hash: C3753FE9F6D3007F6B5A492A5D6E043BA93C83BF<br>File Hash:<br>5FCFCD2F384024B612985F75F57F986A87141B609D42015E30BB5C50D055E96C | 02-09-2023 20:46:04 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 9 | Info Hash: 8495CA7F88A7D3B433509B5B20C42D1B4A750713<br>File Hash:<br>2EF646EFA4B5DC146BD0B0C25C3C2507F03BA0BFC58BFEB3851126EF0F2B296A | 02-09-2023 20:44:36 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 10 | Info Hash: EE12BCC87B83A77998F3B3C521D43D108352A266<br>File Hash:<br>E46E99A0F34BB9F203E4FC9CCB3DCB96AC565C1231E093ED9DC9E3D6453397E1 | 01-10-2023 22:34:53 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 11 | Info Hash: CAF15752A19251914D14A468C6B3434468BCD857<br>File Hash:<br>9974560F0A6821E7D472ECE1842DA4461F75641C05C547926AAAEB8D92B53571 | 12-21-2022 04:55:17 | Blacked Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: D8764F4AF562743164F9ED9498A828FCAC0FB208<br>File Hash: F2635EF58AFC55E9452F79171FC8B38E7B21F0BBFE4D3683CA44CB699D439516 | 12-19-2022 04:40:31 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |
| 13 | Info Hash: 728B27C7DB378BA1234CE19B7CF5AF9BDA7D4162<br>File Hash: 6A6CA5A17439354A6839CB6F1E4C5575CD18D3AE787DC6515240577BD24B9CFE | 12-19-2022 04:38:14 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 14 | Info Hash: F2FF5984C6669188B2BD37CF7C72FDF97A534272<br>File Hash: 0CEAE4FCE56CEE14A6B3E1E9424700F52EF91EDD808E8ECFBBCCF1C399A306D1 | 12-19-2022 04:35:05 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 15 | Info Hash: E12FF3F313842E2F77EC08C5A3D804F608AB1116<br>File Hash: BE61C07B258B1FCEBBDE344FB23D51C8E6A1AB2FDE7926DB25DA716090CE99BD | 12-19-2022 04:33:12 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 16 | Info Hash: 346E2D6AB7C51D398A4F2389973BA86F290CBEB4<br>File Hash: 2971818F7C7B503E0DDAADFC4451477E3DB571B99A26B7CC01951ED0BEAEC5A8 | 12-01-2022 20:59:20 | Vixen | 08-07-2020 | 08-18-2020 | PA0002253099 |
| 17 | Info Hash: F5B2EBDCC2D6E15F5052A2EB34486CB0A67E5E41<br>File Hash: CD23C95D47B2D17DCE1AF43C2D0275E14CCF2AAEFA562B9C96B416DEF38B697D | 12-01-2022 20:59:20 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 18 | Info Hash: BCE2AD0D287B7AB4EEA8B5DE2070732BB4778DC4<br>File Hash: 2E705076CA8A761D57716667E1817851B9507396810780DAC189407233DAFB53 | 12-01-2022 17:57:59 | Vixen | 12-05-2017 | 01-04-2018 | PA0002097413 |
| 19 | Info Hash: 1EEF8AEF6C48131F581172692D97A3CA7D407039<br>File Hash: BF5B3E137A15BEEA496B9AC26FF6DB0A4EFEF99941B456B0367444D2F0BAB7E8 | 11-30-2022 19:25:02 | Blacked Raw | 01-17-2019 | 02-22-2019 | PA0002155141 |
| 20 | Info Hash: 31BCFE0C63140A09ADD23EB04EC95EBB7AD84C39<br>File Hash: 89E1C3784A48F5050C3F93E8C7226914FB3E32D58CC9ED07C231A2E465E14776 | 11-30-2022 19:24:55 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 21 | Info Hash: B392EC6D7963133D567FEE6AA33AFDDDB5D60EFB<br>File Hash: 9AC6DEAD097B6381396649BAA0E7331BAF8FDDC44544342BC97B244B35643D95 | 11-30-2022 19:24:55 | Blacked | 12-31-2019 | 01-27-2020 | PA0002223957 |
| 22 | Info Hash: 3C2C57E931F357E253E12A3ECDF03AEF43D74F6B<br>File Hash: 513C05FB289031E897F550EF7D1B869341186E858EB1638262A2CF057A3C30D6 | 11-30-2022 19:24:53 | Blacked | 02-04-2020 | 02-20-2020 | PA0002229052 |
| 23 | Info Hash: 7BC47F709004E8A14BC041FDCF0095F462646CCD<br>File Hash: 834B14E61680010BC527EC021A22264FB53448251BC0450012B26233CD339483 | 11-30-2022 16:24:15 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068<br>File Hash: AF2D47E82C497E88F4A939E248B604DA63E768E52EF072A31182980187516D2D | 11-30-2022 16:23:47 | Blacked | 11-26-2017 | 01-04-2018 | PA0002069346 |
| 25 | Info Hash: 28EDF2C62BADD8B3118351281610A387E51675A4<br>File Hash: 9E0B763F054683E00B053153692896D4087A9C22C2D32CF3E0D45C47940A3A3A | 11-30-2022 16:22:56 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 26 | Info Hash: B3CF1BC90895F4A5C53C9B30A7EB76F20B525656<br>File Hash: A92FCFF6E4F800D2DC258FF1F12F6581EDDC834A3A47873F8CAC6636C8636108 | 11-30-2022 16:22:42 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 27 | Info Hash: 41A572496B878FFAE77C7A757CBAE1ED0EB9D57E<br>File Hash: FF125D9A09EA9469F302C188E821F889073D4286F770D8D1FA88C6E3E13AC817 | 11-30-2022 16:22:17 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 28 | Info Hash: 141878F404F3ADC6EE96B8F9C8286F1A6D27A038<br>File Hash: A8FEEA012BFA3AA2AB0B6096A186E934C32F7D67486DADBDBF922646E38A2CCC | 11-30-2022 16:21:51 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 29 | Info Hash: 8059043743EE83DA79D9AC508FAD5973F2988995<br>File Hash: 59D9849D10DF8FEFE56E42E3F95AA08B03EB405C3BE31DCC0BBBDAA18EE0E804 | 11-30-2022 16:21:41 | Blacked | 01-30-2020 | 02-20-2020 | PA0002237624 |
| 30 | Info Hash: F079D269230D8FC61AFE8E4B75965FD17088D3F3<br>File Hash: 0F0903FFC4AC319A2E31799A78C03C8433FB3CB7FC32B887000803194A7DE328 | 11-30-2022 16:21:19 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 31 | Info Hash: 974D0113FD1D2B1243EDBCDA08DD233C7669BA42<br>File Hash: A0908DC1D0C3E3B7CCAD6C1E4B6FE95125D4792ADC7312176282785D265C9849 | 11-30-2022 16:21:14 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 32 | Info Hash: EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash: CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 11-30-2022 16:20:36 | Blacked | 08-03-2018 | 09-01-2018 | PA0002119596 |
| 33 | Info Hash: C5801933E35BCD594B73AAAC656A63F1A5CA8E8B<br>File Hash: E5E1B8E42F59524205B4D03D75BE8E9CEFDB23BA10E2C9739A2875079E8CE5AE | 11-30-2022 16:20:16 | Blacked | 12-11-2017 | 01-04-2018 | PA0002097429 |
| 34 | Info Hash: DB6B37B3ED908537369A60965FDC9644A4AE4102<br>File Hash: 5071987D480EC3BF5746BB899F421814F9963A438C855C42C4D789CF8B0FFD3D | 11-30-2022 16:18:54 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 35 | Info Hash: 9403B396E0652EA31F627DC827A509BA0848F5AF<br>File Hash: 18CA99EFA1F9758D77AAAA6E876356FD3AEAFDF48C9C4C5F7B03ACD0E4642ABC | 11-08-2022 00:12:01 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 18D1C9E26A0E196C4C939F1EA4171DFEBA8745CB<br>File Hash: 62105CFE4A8175089B73CB433075DE5C5527E0269FB62B94C460EFD285F4FB2D | 10-24-2022 04:30:13 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 37 | Info Hash: 01BB889B19626055D4FECE1530514F55BBD5A467<br>File Hash: C00FC070305CAC0AE9AD7729C2B54ABE7575BDFB54FA0ECA6588F455C808FC81 | 10-24-2022 04:28:38 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 38 | Info Hash: 15A55EBB3FD06FE9F9067812A0D0168440813B70<br>File Hash: 4AAF11148C0E2CDFA98BABEEC2740D453CACED2CE62079EAE8D18A0C5E2E4BD7 | 10-24-2022 04:24:16 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 39 | Info Hash: 309024C828DF3FB77335331A1416A2078E5B2F04<br>File Hash: 44E24DDEA8CC646565E0756D7206106F1F0E93A93F82C324C3A6F4BE33A1494A | 10-24-2022 04:23:18 | Blacked Raw | 05-30-2022 | 07-21-2022 | PA0002367910 |
| 40 | Info Hash: 3FC22F9760B90E96C9FC7247FFC8D52F748478D3<br>File Hash: 225C97F54324A2263E62625C44A3D2D70751EA5688047593C22BB5BDF9984FB9 | 10-17-2022 23:13:03 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 41 | Info Hash: BC86E55F2C128EFE18D962E4EB57A61EBD0AD349<br>File Hash: 6C07F7106D560D21F03E3A88304E502368948D9E4E838909E453898AD6BEBA00 | 10-14-2022 16:26:41 | Blacked Raw | 07-06-2019 | 08-02-2019 | PA0002192304 |
| 42 | Info Hash: D9F6076D4145F5E574FFDE66993B5D70E7E3CBE5<br>File Hash: 39B5A5580E39240898CA0E2F034DFD8ACCD0C18D98E2EE291BC07B4E336BED5C | 10-14-2022 16:26:22 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 43 | Info Hash: 728010D63F7A6310DFE8D8676DFF1DD5A9CBD372<br>File Hash: 458BBC5AAC10C4001826D8223332F353A2CC3F05DE85424200DD71D2551B8E6B | 10-14-2022 16:24:36 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |
| 44 | Info Hash: 1DCA54186120768E129D3DB6823A980041171B51<br>File Hash: 6638B09E96DE78854B85C4F1C842286A66B09CDCD6E7A06C920EDE4E1AA4AAA7 | 09-16-2022 19:10:33 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 45 | Info Hash: 815CE21B2D5205ED568784E2AE679CA4F4145010<br>File Hash: F81F77DE1C720AB19C8FD389FC08777995146F84582B826DEF9388B21B9C3F3E | 09-16-2022 19:10:14 | Blacked | 03-01-2019 | 03-31-2019 | PA0002163976 |
| 46 | Info Hash: 4A874124559176437D77F5D181A13FFFC5AD707A<br>File Hash: 72FC7AA509CF27CB4D0F15F787237A0741A84625F29823F64E3BCE8834870941 | 09-16-2022 19:10:12 | Blacked Raw | 12-20-2018 | 01-22-2019 | PA0002147906 |
| 47 | Info Hash: D90329548E4E4A42E96AC7F3EF4CDDFF8C2A56ED<br>File Hash: 7AC386459BCD18F2A0DFF35C9EE060D5E38567F76AA3FF6FC1E678AC05AF5A36 | 09-16-2022 19:10:12 | Blacked Raw | 03-18-2019 | 04-08-2019 | PA0002164883 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: B89FEA51F6AD39C4F3BC9F1DFC7AC8C029C66C81<br>File Hash: F6F1E2F14350B59440B0D7A32E7D1E6CB0F9867C5061C39E016DA43F74411828 | 09-16-2022 16:08:51 | Blacked Raw | 01-02-2019 | 02-02-2019 | PA0002155379 |
| 49 | Info Hash: A0E90391364126A7E404FA45243F82B77BB01EF2<br>File Hash: 38395B367EA7ABBA87D4E4BD9C206A23C07465ACC2DCB1219BF9FA8EF0AD9CC9 | 09-16-2022 16:08:30 | Blacked | 11-26-2018 | 12-18-2018 | PA0002141922 |
| 50 | Info Hash: 78D2E294F72EA3394ADE289A61663828D32D1423<br>File Hash: C60366FC29CE0FBF11D2090F20E9285D201C8C357EFBB80CD4AFEDD87FEFC56B | 09-16-2022 16:08:20 | Blacked | 06-29-2017 | 07-07-2017 | PA0002070821 |
| 51 | Info Hash: ED6DA2587C7BF1359A7DC898859180BDE4526D21<br>File Hash: D0E7FD759CD99A48C4A06FFB126EB12F61185299066FC525443008A2B15A670D | 09-16-2022 16:08:14 | Blacked | 07-19-2018 | 09-05-2018 | PA0002135006 |
| 52 | Info Hash: 51B8B05E291259D05FAEE870D556CE9E549EB5EB<br>File Hash: FC775F0538AF2905607357E51C54370DEC7C7B8001939C08110CF0D3DC491655 | 09-11-2022 20:14:33 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 53 | Info Hash: 5AD99E35014BA9DA843C4B2B1F3107E596733CF3<br>File Hash: 3E4AD74A76806EB84025EA39AE6D00032310B40ED0954F9B58C82F4760D1073B | 09-11-2022 20:12:56 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 54 | Info Hash: 42C52C418593792BC51AA3FA25382B3DAF6A53E4<br>File Hash: D23B08640253FEA80830649F24C6384FC7178C86E16C875E32B0ECB7DB975DDC | 09-11-2022 20:12:51 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 55 | Info Hash: FB87F849A8922F43E9B9DAF78EDD3926B40F0CFA<br>File Hash: 8DF00A7262CAD15ED29E030E409009326EEF36B320FB13AEE8DF9D09726E9879 | 09-06-2022 12:50:52 | Blacked Raw | 12-13-2018 | 02-02-2019 | PA0002154971 |
| 56 | Info Hash: 7A65B2C57EF88AE976AD94C7AAB3416BD5DEA644<br>File Hash: 9A7E2A81CCD393B971588C52B96044830AC088C83B01F474ED17B21471D05A42 | 09-06-2022 12:41:14 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 57 | Info Hash: FF605E1B651532B833E0DD7E2F392AD4B1AB57ED<br>File Hash: FD9B40A2229321BF65FC225A0C9CDF36615908FDB28124D9B664DA5BD8267B35 | 09-06-2022 12:37:39 | Blacked Raw | 08-20-2019 | 09-13-2019 | PA0002200701 |
| 58 | Info Hash: 8DBCC04BF498B9E28D3AC3F7C31642C47245C765<br>File Hash: 84B84B1CD5DBABEBD937152277863DD62953535D190660D2763FAA14400BA711 | 09-04-2022 12:39:49 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 59 | Info Hash: 0AEBF23CABB8EF51AE807AC9E2DBABC277C652EF<br>File Hash: 42BFBE60A2CBA92E29939C594A5F65F327FC3ACC08927796BDDE5A6FAEB41D6D | 09-04-2022 12:38:27 | Vixen | 07-30-2021 | 08-20-2021 | PA0002312017 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 4C4D277A40036C190CCFDDDF8B76E243D25F6D37<br>File Hash: 4EB9FCBEBC376A05C29B4F19D8073EB83169AC9893DBF6B4C8555D270A41F5F8 | 09-04-2022 12:31:21 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 61 | Info Hash: 1A76A113C1D33455F6FB4D100985C9DA1974F425<br>File Hash: 3A1FA743DEEE32C83316CCC75083FEBCC7CAAF64D5BE1B92439D792FDBDBA248 | 09-04-2022 12:29:57 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 62 | Info Hash: E446942F4BBFBF5F2C32AAE0B632138FF5C915CD<br>File Hash: FF9585E7DB4E2C84A63A87F7A0DF0F396AA60CFF08DE4BB115A977B9C0D5CA5E | 09-04-2022 12:29:29 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 63 | Info Hash: B47A4E294BCAE048AD1CB4122CEA3FB39492476A<br>File Hash: CD520B27BEC366CB42707606E2CBCFCC3A6DFA185C5467B36265E2C21D089E15 | 09-04-2022 12:29:11 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 64 | Info Hash: D2096C0FD519A3A1A62D449C8DE6710A88AC4F6A<br>File Hash: 8C1684AAD5A48537BD5405E9C5E5341445AC8934C48F243415E1DE4FADF681DC | 09-04-2022 12:29:09 | Vixen | 12-04-2020 | 01-04-2021 | PA0002277036 |
| 65 | Info Hash: EFBD17FEA6D2747FB81404F774D0B3BFD52FB7A9<br>File Hash: F0595C1427CBB8CFA6CE07E20D70DFDF9FA359C062B1C23D1217F47ECA9B7A93 | 09-04-2022 12:29:00 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 66 | Info Hash: 466DC53498A109B354BF204B1060C9AABE811937<br>File Hash: CDD41BBB549179DA06A3776763D24769C93A8537448A3DC5D9891A458D880636 | 09-04-2022 12:28:55 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 67 | Info Hash: 26AD89FE5BDD6917A7A348FDCB9B0EE6B2C89485<br>File Hash: F15D07A2F38ADA29E834F5A4CD79D31CA38F1D473095750A16C23474FC797DA7 | 09-04-2022 12:27:24 | Blacked | 09-07-2018 | 10-16-2018 | PA0002127772 |
| 68 | Info Hash: 8030A2C2D9E0F5481E3C80D541551981755B92D6<br>File Hash: B464C3DB5D6D549844F1F473EEFE97D23D21947CC0099568B87EEB5B39E2427C | 09-04-2022 12:27:22 | Blacked Raw | 12-18-2019 | 02-03-2020 | PA0002225563 |
| 69 | Info Hash: D07FCE81EB4557E725B5E70B5695E3824BD3D395<br>File Hash: 077451F1DE9DCB08110698D7517F083F9A8BD1292FC5E209618C634181CACC52 | 08-29-2022 03:57:11 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 70 | Info Hash: BE5F2BD90FFEDADC847BF54DA236F66DB0384BFE<br>File Hash: 7A28194A1CC4B1F19B17D5740386B6F1D8D499F361CF1FCC92F31BEF672E1653 | 08-29-2022 03:56:39 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 71 | Info Hash: 5E5380B0F1CC1E711CB7620812863EB56AED978F<br>File Hash: 75170608DF2827225CB99B0980BA5FE61B6C9671AEEDCC47692C46BDD9E508F2 | 08-29-2022 03:56:29 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 58C8CC4C6D275A90E6E166E42C91A2A219B5ECE3<br>File Hash: B9E75EDB90153900914C0E96F964F8927DBE7867DEEDE650AFDE99046F303947 | 08-29-2022 03:56:05 | Blacked Raw | 12-08-2019 | 12-17-2019 | PA0002217664 |
| 73 | Info Hash: 2E7DB9DA1E12BC2963F7DC66AC300417AD983BC7<br>File Hash: 358DA725020AF45E0B0CAE9E1D26EBE160E66995B1C4815EE09665B1B4F93BEF | 08-29-2022 03:55:38 | Blacked Raw | 12-13-2019 | 01-22-2020 | PA0002234865 |
| 74 | Info Hash: 16770587DA9FB3172170034C52DEC9BF7BA0DF3E<br>File Hash: 8BC9D6C3ADB9EB1EBD2544DCA58F0B32E9A69FF85D643AF353DF78090CFF402F | 08-29-2022 03:55:35 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 75 | Info Hash: A4D5FCDC717553C34E367F4A58A599B445A0578F<br>File Hash: 3E4BA902DE25C86DB9AF82BBA1C075A7CCB96D035317206E58D26087F3312E81 | 08-29-2022 03:54:44 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 76 | Info Hash: 67AFA0C22392BF43BB0C9F890B0701FE72CF0B78<br>File Hash: B7EA5B6778A1DA271595E5FFBDF5FB5B3BD407EA694BB1BB3F0FB73CF014CA82 | 08-29-2022 03:54:25 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 77 | Info Hash: 9CB956E886A496E71F0446872BFA1850AC976B8F<br>File Hash: C8B253CF270EB4D9BE56500C8920D7F0C89A2E85A2CFA0850EF9B2E71ABD41ED | 08-29-2022 03:54:16 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |
| 78 | Info Hash: E899E8A8C27D06021621DCAA2337D5F48CE87DF4<br>File Hash: FB7E3E3979D1891F7DF0E879E1D0F84D0F2CE5D7B226F11290C4496F2C49C277 | 08-29-2022 03:54:01 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |
| 79 | Info Hash: 9A8D0DF2EDFD199D52065950FFB980EAE528B554<br>File Hash: 39E7A5BB99890B1DC8CE6430C1D42239CE19EFD153FF680F973B578FF36E6E21 | 08-29-2022 03:53:40 | Blacked Raw | 08-19-2021 | 09-30-2021 | PA0002319752 |
| 80 | Info Hash: 43E61D45E9E5B6B9B2682900678C8B7AC0EC7F0F<br>File Hash: 28B1CD07F1186F2C2F13FF5C2CEA5E6164DFE9C7EA8F4B540354CB6964AC73F3 | 08-28-2022 12:35:48 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 81 | Info Hash: 090E1D2EE65B19B63EB2AD34A657CCA5FB084989<br>File Hash: FFDC486887EECE74B909ECA32C3782C23E5D566121A784D3692AE1BE3B5EE78A | 08-16-2022 01:17:03 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 82 | Info Hash: 953141D2ED7CFB9BB416E42EFEB9B1A8F3E83044<br>File Hash: 532D0127582FFA52F72DBAB231C85B9228DBB8C6FE263E706686C98316CDA06A | 08-16-2022 00:56:54 | Blacked | 08-13-2022 | 08-30-2022 | PA0002367729 |
| 83 | Info Hash: C44085C07C791D8342CD27FBFA50D418806F1A03<br>File Hash: 075069C39BEB463B4D485C11FFD06CDB81C6265A0FD0885F8DD16EAF53A68680 | 08-09-2022 22:11:08 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 074231B91035832F0D21BFC79AD7131A47B31D4B<br>File Hash: BF88EE5712683785DE1D29EF82E03B1EA32B0545AA7E61ACC5C50A150474F9DC | 08-09-2022 22:09:09 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 85 | Info Hash: 4F0ACC48A6A9999617CE2C1932ADD6BAC2012868<br>File Hash: 16ADA8C3D3F68243CE0C8D9B19007F99B5822F86490E9ED77DA1228C00986DBB | 08-09-2022 22:00:06 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 86 | Info Hash: D535E04CB588396BC4F9AC90F565D616FE5030B0<br>File Hash: 9DB5B44495E1BEFBE91BBE830B6BF5482AEBF0A8DD24457C543CA7DDBB94119F | 08-09-2022 21:53:32 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 87 | Info Hash: AE7952919C4D3FDC878C95104AC308A29FC4632B<br>File Hash: 09A77B144FE79E11137D4AEB0C28DC483717144C51F49B33EEC64E0076B2ABDD | 07-30-2022 23:53:41 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 88 | Info Hash: D19B852A52D4780CA6E3F49FCECAB8465FE5BD9C<br>File Hash: 984DA6FE8E5FE200F0BF0F17E716C77354010FFA8C18907CC3EED85C34536898 | 07-26-2022 15:37:30 | Blacked | 05-10-2019 | 07-05-2019 | PA0002206368 |
| 89 | Info Hash: A6E1820762BA459956B824E516EF5B4E164F371E<br>File Hash: 0FB9892C2F76FF3FBDD59906A779FD46CB167799C6056A0406EA24379398714F | 07-26-2022 15:36:51 | Blacked Raw | 05-17-2021 | 06-03-2021 | PA0002299687 |
| 90 | Info Hash: C1AF1933AE0F5B93979FC38C42B454CD25CDDA10<br>File Hash: BA51D397D9DA7699DAC20491F7D8762E1FE2851AF94AEB5668BC3007321D21FB | 07-26-2022 15:36:50 | Blacked Raw | 07-26-2018 | 09-01-2018 | PA0002119594 |
| 91 | Info Hash: D0F08551BD52A53F06A7A549843CD240E4063C80<br>File Hash: 98F980F8174F697523F7235E895FB381211279494DAA002C801D0FEC9CDAB185 | 07-25-2022 21:17:06 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 92 | Info Hash: 3A0313DB89391828800972CEFAFA6966E2D583B8<br>File Hash: A70CDE6A591E6E87C1417BC58C0BA244B5CEF7697BD5E0B4A228EF0C42D4FB84 | 07-25-2022 21:17:01 | Tushy | 08-30-2020 | 09-05-2020 | PA0002255477 |
| 93 | Info Hash: 1F1303806A1826C0A08CF0ACC2716AD13B235550<br>File Hash: D14D50503D631A43141FF5A0CB7E94845C57C3C8CE97AD699364260A1D165EA1 | 07-25-2022 18:14:00 | Blacked Raw | 04-06-2020 | 04-17-2020 | PA0002237306 |
| 94 | Info Hash: 82BED703989601472ED074989E65249FF83EFA2C<br>File Hash: E5A387807981896A5BF05AEE17015F7DB7638322C943E04BA02D40EE1B14DD24 | 07-21-2022 17:18:04 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 95 | Info Hash: A4FEF0A63C8EEDA36231DEF0953DF70E781C9653<br>File Hash: 4611723AAB74AE47C4F32CBBE4206D6FCD3E30E98607E8535D54978847A0B33F | 07-08-2022 18:14:56 | Vixen | 04-30-2021 | 06-03-2021 | PA0002299685 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 739E5FCB6828BFC3C891413DE32162A530897542<br>File Hash: 3BC971AD87320CD6DF5ABFB07F0FE3BE89AD282E7BD6C363D99B01E65A3513E0 | 07-08-2022 01:23:41 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 97 | Info Hash: 9B543B02B83223AEA59815F19FE9BC87C07958D7<br>File Hash: BB71EAE8FCFF67EF623220E917FC9BDA75C3A4DE0AE01AE6B5CB7A287BAD19FE | 07-08-2022 01:23:30 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |
| 98 | Info Hash: 42AE2105490978802CCCA1E58E3F98374AD6D75B<br>File Hash: 2895C8A5CEA1F7B3E825FCE56821786A7E5A99DC75F1C87A3913ADE9EBE220A0 | 07-08-2022 01:17:44 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |
| 99 | Info Hash: FE95027E276889433D3CAFD889430FC9E5218A78<br>File Hash: C35632113546542FC0F559FCB56D2B90904C4811C04F34D4276D70446ADD58AA | 07-07-2022 22:17:18 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 100 | Info Hash: AF91979F566FD3D83F791FBDACF3241AF860E92C<br>File Hash: 597EE4589764A82DC7E08E082F3C33C99AC6FF5A0DDBEAB315B3632DF1225620 | 07-07-2022 22:14:00 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 101 | Info Hash: A336696E808574CA1ECCACA1E080D6993CE3E408<br>File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 07-07-2022 22:13:23 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 102 | Info Hash: 3BA07A5A0626425EACAEC907C781A5E28FB2871E<br>File Hash: 185BCC2603876AECECA7CEB4F73D04DAE6B398D5C7BEE77C5EAA6C8D28CD4F27 | 07-07-2022 22:10:29 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |
| 103 | Info Hash: 644EF1BBC297123508226CB622D546690BA22249<br>File Hash: 89E18C3051E0E4C52344EB58518B241F19BFC053B7D43CB37E70E9FD27FFE0E6 | 07-07-2022 22:09:46 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 104 | Info Hash: 219646C6A2BE95846F85B680A80E4003916758B1<br>File Hash: 3D644DF15A02586AD4A99F31146F41DC6D29A7560013D39F8A9D0D2154148AC9 | 07-07-2022 22:08:44 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 105 | Info Hash: AD3BB0F2FEF82D1C9850EE82CEE25D26B2BEB4B2<br>File Hash: 8DFA2B3D63BD1EDA6ECB9008854EE36CB17382CD22E52626D21CE00D2CAE76A1 | 06-15-2022 16:40:19 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 106 | Info Hash: C6C37AE276F78A41F09A036DAD4CE1180C41CA73<br>File Hash: 0467A8099A6D1C5CEF004A827BA0B8EE4FB9CCED20F6182AFD5D826BD0B9EE6A | 06-15-2022 16:40:05 | Blacked | 06-04-2022 | 06-27-2022 | PA0002354990 |
| 107 | Info Hash: 45042E64689D7A0AD9A8746EFBE2C41C63D3AE36<br>File Hash: 00ADC6F86AD60EC460B11A4088308358D83640579948A34F131B3A50FEF9BFD0 | 06-15-2022 16:39:27 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |